**FOX ROTHSCHILD LLP**
By: Karen A. Confoy
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469
Email: kconfoy@foxrothschild.com

*Attorneys for Defendant/Counterclaim Plaintiff Prinston Pharmaceutical Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, AND ASTRAZENECA AB,<br><br>Plaintiffs,<br><br>v.<br><br>PRINSTON PHARMACEUTICALS INC.,<br><br>Defendant. | Civil Action Nos. 3:15-cv-03380-FLW-DEA<br>3:15-cv-03375-FLW-DEA<br><br>*Document Electronically Filed* |

**NOTICE OF WITHDRAWAL OF COUNSEL AND**
**REQUEST FOR REMOVAL FROM NOTICE OF ELECTRONIC FILING**

**PLEASE TAKE NOTICE** that Karen A. Confoy, Esq., local counsel for Defendant/Counterclaim Plaintiff Prinston Pharmaceuticals Inc. in the above-captioned matter, hereby withdraws as counsel and hereby requests to be removed from the court's ECF Notification list in this matter. Notices of Electronic Filings to Karen A. Confoy (kconfoy@foxrothschild.com) should be terminated. A Consent Judgment has been entered in this action against Prinston Pharmaceuticals Inc. [ECF No. 51 in 15-cv-3380].

Dated: August 9, 2017

*/s/ Karen A. Confoy*
Karen A. Confoy
kconfoy@foxrothschild.com